IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RONITA HINES,           :

    Plaintiff,         Case No. 3:11-cv-409
                  :
                            District Judge Thomas M. Rose
    -vs-              :        Magistrate Judge Michael J. Newman

COMMISSIONER OF SOCIAL  :
SECURITY,
                    :
    Defendant.

## ORDER REGARDING DOC. 10

This matter is before the Court on *pro se* Plaintiff's motion (doc. 10). As best the Court can tell, *pro se* Plaintiff is requesting that the documents she filed on January 26, 2012 (doc. 11 and attached exhibits) be returned to her. Upon a review of the case docket, the Court notes that the documents at issue have already been scanned and filed on CM/ECF. Because it appears that the documents are Plaintiff's only copies, the Court **GRANTS** Plaintiff's motion (doc. 10).

The Clerk is **ORDERED** to mail the original documents (doc. 11 and attached exhibits) to Plaintiff at the following address: St. Vincent de Paul Homeless Shelter, Attn: Ronita Hines, 120 Apple Street, Dayton, Ohio 45402.


February 1, 2012                                          s/ **Michael J. Newman**
                                                            United States Magistrate Judge